# MINUTE ORDER

Page 11

## Magistrate Judge Barry L. Garber

King Building Courtroom 10-4     Date: 11/3/2016    Time: 2:00 p.m.

Defendant: 2) Patrick Tonge    J#: 14179-104    Case #: 16-20399-CR-GAYLES(s) (SEALED)

AUSA: Dan Bernstein    Attorney: _____

Violation: Conspiracy to Commit Health Care Fraud and Mail Fraud    Surr/Arrest Date: 11/3/2016    YOB: 1976

Proceeding: Initial Appearance on Superseding Indictment    CJA Appt: ___

Bond/PTD Held: ☐ Yes ☐ No    Recommended Bond: PTD

Bond Set at: ___    Co-signed by: ___

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services; Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: ___
- ☐ Other: ___

Language: English

Disposition:
Unsealed
Ability to obtain Counsel.
PTD - Risk of Flight + Danger to Community
Sworn + Advised

Time from today to ___ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**    Date:    Time:    Judge:    Place:

Report RE Counsel: Tues. 11/08 10 AM Duty
PTD/Bond Hearing: Tues. 11/08 10 AM Duty
Prelim/Arraign or Removal: Tues. 11/08 10 AM Duty
Status Conference RE: ___
D.A.R. 14:09:47    Time in Court: 5 min.

s/Barry L. Garber      Magistrate Judge